**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
UNITED STATES OF AMERICA,

                                                  16 **CIVIL** 3622 (DC)
                                                  97 **CR.** 809 (DC)

    -against-

                                                   **JUDGMENT**

ELADIO PADILLA,
                     Defendant.
------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Decision dated March 24, 2021, Padilla has failed to show a basis for relief under 28 U.S.C. § 2255. Accordingly, his petition for relief is denied. Because he has not made a substantial showing of the denial of a constitutional right, The Court declines to issue a certificate of appealability. See 28 U.S.C. § 2253 (1996) (as amended by the Antiterrorism and Effective Death Penalty Act). The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal taken from this order would not be taken in good faith; accordingly, the case is closed.

**DATED:**  New York, New York
                March 24, 2021

                                                      **RUBY J. KRAJICK**
                                                        _____
                                                        Clerk of Court
                                     **BY:**
                                                         Deputy Clerk